E-FILED: **3/16/10**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IHOP IP, LLC, et al.* | CASE NO. CV 09-9130-GHK (AJWx) |
|       **Plaintiffs,** | |
|       v. | **PRELIMINARY INJUNCTION** |
| *Nasimuddin Hashim, et al.*, | |
|       **Defendants.** | |

Based upon our March 16, 2010 Order granting Plaintiffs IHOP IP, LLC, IHOP Franchising, LLC, and International House of Pancakes, LLC's (collectively, "IHOP") Motion for Preliminary Injunction against Defendant Nazimuddin Hashim ("Defendant"), it is hereby **ORDERED** that Defendant and his agents, assigns, employees, officers, attorneys, and representatives and those in active concert or participation with him who receive actual notice of the injunction are, pending resolution of this case, **RESTRAINED** and **ENJOINED** from:

    1)    Using or displaying IHOP's trademarks, or any other logos, symbols or trade dress of IHOP, or any confusingly similar trademarks, logos, symbols or

trade dress, in connection with the advertising, distribution, display or sale of any product or service; and

2) Operating or doing business under any name or in any manner that is likely to lead members of the public to believe that Defendant's restaurant is in any manner, directly, or indirectly, associated, affiliated, licensed or franchised by or related to IHOP.

It is further **ORDERED** that this Preliminary Injunction will take effect upon IHOP's posting of a bond in the amount of $20,000 pursuant to Federal Rule of Civil Procedure 65(c). The Preliminary Injunction **SHALL** be valid and in effect until further order of this Court.

**IT IS SO ORDERED**.

DATED: March 16, 2010

_____
GEORGE H. KING
United States District Judge