1

2

3    **E-FILED:  1/12/11**

4    JS-6

5

6

7

8

9    **UNITED STATES DISTRICT COURT**

10   **CENTRAL DISTRICT OF CALIFORNIA**

11

12   IHOP IP, LLC, IHOP FRANCHIS-       )    **Case No. CV09-9130 GHK (AJWx)**
     ING, LLC, and INTERNATIONAL       )
13   HOUSE OF PANCAKES, LLC,            )    **JUDGMENT PURSUANT TO**
                                        )    **STIPULATION**
14               Plaintiffs,            )
                                        )
15          v.                          )
                                        )
16   NAZIMUDDIN HASHIM, and             )
     DOES 1 through 10, inclusive,      )
17                                      )
                 Defendants.            )
18   _____        )
     NAZIMUDDIN HASHIM, an             )
19   individual,                        )
                                        )
20               Counterclaimant,       )
                                        )
21          v.                          )
                                        )
22   IHOP IP, LLC, IHOP FRANCHIS-      )
     ING, LLC, INTERNATIONAL           )
23   HOUSE OF PANCAKES, LLC, a         )
     Delaware limited liability company, )
24   INTERNATIONAL HOUSE OF            )
     PANCAKES, INC., a Delaware        )
25   corporation, and DOES 1 through 10 )
     inclusive,                         )
26                                      )
                 Counterdefendants.     )
     _____        )
27
          Pursuant to the Stipulation for Entry of Judgment entered into by and between

28   Plaintiffs and Counterdefendants IHOP IP, LLC, IHOP Franchising, LLC, and

1  International House of Pancakes, LLC (successor-in-interest to International House

2  of Pancakes, Inc.) ("Plaintiffs") and Defendant and Counterclaimant Nazimuddin

3  Hashim ("Defendant"),

4        IT IS ORDERED, ADJUDGED, AND DECREED:

5        1.    Defendant and his agents, assigns, employees, officers, attorneys, and

6  representatives and those in active concert or participation with him who receive

7  actual notice of the injunction are restrained and enjoined from:

8            A.    With respect to the property located at 2525 Erringer Road, Simi

9  Valley, California 93065 (the "Subject Property), using or displaying Plaintiff's

10  trademarks, or any other logos, symbols or trade dress of Plaintiffs, or any

11  confusingly similar trademarks, logos, symbols or trade dress, in connection with the

12  advertising, distribution, display or sale of any product or service; and

13            B.    Operating or doing business at the Subject Property under any

14  name or in any manner that is likely to lead members of the public to believe that

15  Defendant's restaurant is in any manner, directly, or indirectly, associated, affiliated,

16  licensed or franchised by or related to Plaintiffs;

17        2.    The Undertaking for Preliminary Injunction in the amount of $20,000

18  filed by Plaintiffs on or about March 19, 2010 is exonerated;

19        3.    Plaintiffs shall recover from Defendant the sum of $50,000, payable in

20  accordance with the Stipulation for Entry of Judgment;

21        4.    Defendant shall take nothing by his Counterclaim.

22        The clerk is ordered to enter the foregoing judgment.

23

24  DATED:  _1/12_____, 2011     _____

25                      UNITED STATES DISTRICT JUDGE

26

27

28